# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| Wearable Computing LLC, | |
| *Plaintiff,* | Case No. 2:16-cv-920 |
| *vs.* | |
| S. Bower, Inc., | |
| *Defendants.* | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came for consideration the Joint Motion to Dismiss With Prejudice.  The Court being of the opinion that same should be **GRANTED**, it is therefore,

**ORDERED** that the Joint Motion to Dismiss With Prejudice be and hereby is **GRANTED** and that all claims asserted in this action against S. Bower, Inc. and all counterclaims asserted in this action against Wearable Computing LLC are hereby dismissed with prejudice.  Each party shall bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 2nd day of May, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE