# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Wearable Computing LLC,<br><br>*Plaintiff,*<br><br>*vs.*<br><br>S. Bower, Inc.,<br><br>*Defendants.* | Case No. 2:16-cv-920 |

## FINAL JUDGMENT

Pursuant to Plaintiff Wearable Computing LLC and Defendant S. Bower, Inc.'s Joint Motion to Dismiss With Prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and the Court's Order of Dismissal With Prejudice, the Court hereby enters FINAL JUDGMENT in the above-captioned case.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 2nd day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE